UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**GARY WAYNE GARDNER**
**ADC #95674**                                                                                                         **PLAINTIFF**

v.                              CASE NO. 5:10cv00276 BSM/JTR

**RAY HOBBS, Director,**
**Arkansas Department of Correction, et al.**                                          **DEFENDANTS**

## JUDGMENT

Consistent with the order that was entered today, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED, WITH PREJUDICE, for failing to state a claim upon which relief may be granted. Further, it is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this judgment and the accompanying order would not be taken in good faith.

Dated this 8th day of November, 2010.

_____
UNITED STATES DISTRICT JUDGE